# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Nicole M. Smith ) | |
| 2017 Reifsnider Rd. ) | Case No. _____ |
| CARROLL COUNTY ) | |
| Keymar, MD 21757 ) | |
| (410)372-7828 ) | **Motion for Emergency Temporary** |
| **Plaintiff** ) | **Restraining Order** |
| v. ) | |
| Thomas F Stansfield d/b/a ) | |
| JUDGE STANSFIELD ) | |
| CIRCUIT COURT FOR CARROLL ) | |
| COUNTY ) | |
| 55 N Court St #253 ) | |
| Westminster, MD 21157 ) | |
| ) | |
| DIANE S. ROSENBERG, ) | |
| MARK D. MEYER, ) | |
| JOHN A. ANSELL, III, ) | |
| STEPHANIE MONTGOMERY, ) | |
| KENNETH R. SAVITZ, ) | |
| 7910 Woodmont Ave., Suite 750 ) | |
| MONTGOMERY COUNTY ) | |
| Bethesda, MD 20814 ) | |

Motion for TRO                                                                                     Page 1 of 3