IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NICOLE M. SMITH, | * |
| Plaintiff | * |
| v | * Civil Action No. JFM-15-3087 |
| THOMAS F. STANSFIELD, et al., | * |
| Defendants | * |
| | *** |

## ORDER

In accordance with the foregoing Memorandum, it is this __ day of December, 2015, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff; and

3. The Clerk SHALL CLOSE this case.

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 DEC 15 PM 4:02
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY